# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

**John A Porter III,**
175 Parkside Ave
Syracuse NY 13207
Onondaga County
      Plaintiff,
v.

**Susan Hamlin Nasci,**
6538 Greenway New London Rd
Rome, NY 13440
Oneida County
      Defendant.

Case No.: 5:24-cv-33 (GTS/TWD)

**TRIAL BY JURY**
Yes [X]  No [ ]



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 9 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk   Syracuse

## COMPLAINT FOR CIVIL CASE

### I. The Parties to the Complaint

- Plaintiff, John Porter, is a resident of New York State, with an address at 175 Parkside Ave, Syracuse NY 13207. The Plaintiff alleges violations of his constitutional rights by the Defendant.
- Defendant, Susan Hamlin Nasci, is believed to be a resident of New York State, with an address at 6538 Greenway New London Rd, Rome, NY 13440. The Defendant is a non-judicial court employee who allegedly acted without proper authority and jurisdiction.

### II. Basis for Jurisdiction

- This Court has jurisdiction over this case under 28 U.S.C. § 1331, as the complaint involves a federal question pertaining to the violation of the Plaintiff's rights under 18 USC Section 242 and the United States Constitution.

### III. Statement of Claim

- The Plaintiff alleges that the Defendant, acting as a non-judicial court employee without proper authority and jurisdiction, has trespassed upon the Plaintiff's rights, specifically under 18 USC Section 242.
- The Defendant's actions constitute a violation of the Plaintiff's rights to a trial by jury, equal protection of the law, and due process, resulting in substantial emotional and financial harm to the Plaintiff.

## IV. Relief

- The Plaintiff seeks the following damages and relief:
- **Actual Damages**: $50,000 for medical conditions and lost income due to severe anxiety and reduced work capacity.
- **Compensatory Damages for Emotional Distress**: $50,000 for the pain and suffering caused by the estrangement from the Plaintiff's son.**Punitive Damages**: $50,000 to penalize the Defendant and deter similar future misconduct.
- The total sum of damages requested is $150,000.
- **Dismissal of Fraudulent Order**: The immediate dismissal, with prejudice, of the fraudulent child support financial order imposed upon the Plaintiff.
- **Reimbursement of Payments**: The return of all payments made by the Plaintiff under the fraudulent child support order up to the present day, to be issued via check and mailed to the Plaintiff's address.
- The total relief, including monetary damages and specific legal remedies, is sought to address the sustained financial, emotional, and physical harm, as well as the legal injustices experienced by the Plaintiff.

## V. Certification and Closing

- Under Federal Rule of Civil Procedure 11, I certify to the best of my knowledge, information, and belief, that this complaint is not being presented for any improper purpose and is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law.
- I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served, and understand that failure to keep a current address on file may result in the dismissal of my case.

Date of signing: 01 / 08 /2024

**Signature of Plaintiff:**

*John Porter*

**Printed Name:** John Porter

### Certificate of Service

I hereby certify that on 01 / 09 /2024, I filed the foregoing document with the Clerk of the Court using In person filing methods and that copies were sent to Susan Hamlin Nasci at 6538 Greenway New London Rd, Rome, NY 13440 & at her place of business at 401 Montgomery Street, Syracuse, NY, 13202 via Certified Mail

*John Porter*